**UNITED STATES BANKRUPTCY OURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:

JOHN T. FERRERI                                         Case No.: 18-21966-LMI
SSN:   XXX-XX-7712                                      Chapter 13

                Debtor(s)        /

**MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN**

COMES NOW, the Debtor, JOHN T. FERRERI, by and through undersigned counsel and files this Motion to Modify Confirmed Chapter 13 Plan and states as follows:

1. The Debtor filed a Chapter 13 Bankruptcy on September 28, 2018.

2. An Order Confirming the Seventh Amended Plan (7AP) was entered on April 9, 2019 (ECF No. 92).

3. The Debtor's confirmed plan includes payments to Wells Fargo, N.A., the second mortgage holder on the Debtor's homestead property located at 102Nautilus Drive, Islamorada, FL 33036.

4. Wells Fargo Bank, N.A. filed a Notice of Mortgage Payment Change on April 2, 2019.  The new mortgage payment was $307.39, effective April 2019.

5. Wells Fargo Bank, N.A. filed Notices of Mortgage Payment Change on May 2, 2019 and July 2, 2019.  The new mortgage payment is $297.47 effective May 2019.

6. The Debtor is modifying his plan to account for the payment changes filed by Wells Fargo Bank, N.A.

**WHEREFORE**, the Debtor, JOHN T. FERRERI, respectfully requests that this Court

grant the Debtor's motion to modify his confirmed Chapter 13 plan and grant such other relief as this Court may deem just and equitable under the circumstances.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via Regular U.S. Mail to all parties on the attached service list and via CM/ECF to Nancy K. Neidich, Chapter 13 Trustee, this 11TH day of July 2019.

| | |
|---|---|
| ***CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)***<br><br>**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A). | **KINGCADE & GARCIA, P.A**<br>Counsel for the Debtor<br>Kingcade Building<br>1370 Coral Way ▪ Miami, Florida 33145-2960<br>WWW.MIAMIBANKRUPTCY.COM<br>Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542<br><br>/s/ Timothy S. Kingcade, Esq.<br>x  Timothy S. Kingcade, Esq., FBN 082309<br>☐  Jessica L. McMaken, Esq., FBN 580163 |

```
Label Matrix for local noticing        Keys Federal Credit Union            Synchrony Bank
113C-1                                  Randy Bennis                         PRA Receivables Management, LLC
Case 18-21966-LMI                       319 SE 14th St                       c/o Valerie Smith
Southern District of Florida            Ft Lauderdale, FL 33316-1929         PO Box 41021
Miami                                                                        Norfolk, VA 23541-1021
Tue Nov 13 09:50:53 EST 2018

Wells Fargo Bank NA                     AAron Turner                         Alltran Financial, LP
1 Home Campus                           c/o Tom Woods                        P.O. Box 4043
X2303-01A                               116 porto Salvo Dr                   Concord, CA 94524-4043
Des Moines, IA 50328-0001               Islamorada, FL 33036-3319

Ally Bank Lease Trust                   Ally Financial                       Ally Financial
PO Box 130424                           Attn: Bankruptcy Dept                P.o. Box 380901
Roseville, MN 55113-0004                Po Box 380901                        Bloomington, MN 55438-0901
                                        Bloomington, MN 55438-0901

Amex                                    Amex                                 Bank of America
Correspondence/Bankruptcy               P.o. Box 981537                      4909 Savarese Circle
Po Box 981540                           El Paso, TX 79998-1537               Fl1-908-01-50
El Paso, TX 79998-1540                                                       Tampa, FL 33634-2413

(p)BANK OF AMERICA                      Baptist Health Medical Group         Barclays Bank Delaware
PO BOX 982238                           PO Box 835277                        Attn: Correspondence
EL PASO TX 79998-2238                   Miami, FL 33283-5277                 Po Box 8801
                                                                             Wilmington, DE 19899-8801

Barclays Bank Delaware                  Brock & Scott, PLLC                  (p)CAPITAL ONE
Po Box 8803                             1501 W 49th St Ste 200               PO BOX 30285
Wilmington, DE 19899-8803               Fort Lauderdale, FL 33309-3723       SALT LAKE CITY UT 84130-0285

Capital One                             Capital One/Dress Barn               Capital One/Dress Barn
Attn: Bankruptcy                        Attn: Bankruptcy                     Po Box 30253
Po Box 30285                            Po Box 30285                         Salt Lake City, UT 84130-0253
Salt Lake City, UT 84130-0285           Salt Lake City, UT 84130-0285

Chase Card Services                     Chase Card Services                  Checksystems
Correspondence Dept                     Po Box 15298                         7805 Hudson Rd
Po Box 15298                            Wilmington, DE 19850-5298            Saint Paul, MN 55125-1703
Wilmington, DE 19850-5298

Cherryl Ferreri                         Child Support Enforcemment           Citibank/Best Buy
128 El Capatan Dr                       PO Box 8030                          50 Northwest Point Road
Islamorada, FL 33036-4105               Tallahassee, FL 32314-8030           Elk Grove Village, IL 60007-1032

Citibank/Best Buy                       Citibank/Exxon Mobile                Citibank/Exxon Mobile
Attn: Bankruptcy                        Centralized Bankruptcy               Po Box 6497
Po Box 790441                           Po Box 790034                        Sioux Falls, SD 57117-6497
St. Louis, MO 63179-0441                St Louis, MO 63179-0034
```

| | | |
|---|---|---|
| Citibank/RadioShack<br>Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/RadioShack<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Citibank/Shell Oil<br>Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Citibank/Shell Oil<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Citibank/The Home Depot<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/The Home Depot<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Citicards<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Citicards<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Comenity Bank/clark<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Crdt Union 1<br>200 E Champaign Ave<br>Rantoul, IL 61866-2940 | Crdt Union 1<br>450 E. 22nd St. Suite 250<br>Lombard, IL 60148-6176 | Credit One Bank<br>Attn: Bankruptcy<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Credit One Bank<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | David Van Loon<br>8025, 3158 Norside Dr<br>Key West, FL 33040 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Equifax<br>Po Box 740241<br>Atlanta, GA 30374-0241 | Eric McCarthy<br>PO Box 370<br>Key West, FL 33041-0370 | Experian<br>Po Box 2002<br>Allen, TX 75013-2002 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Florida Department Of Revenue<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0100 |
| Genesis Bc/celtic Bank<br>268 S State St Ste 300<br>Salt Lake City, UT 84111-5314 | Genesis Bc/celtic Bank<br>Attn: Bankruptcy<br>268 South State Street Ste 300<br>Salt Lake City, UT 84111-5314 | Highsmith & Van Loon, P.A.<br>3158 Northside Drive<br>Key West, FL 33040-8025 |
| IRS Centralized Bankruptcy Department<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kendal Credit<br>And Business Service, Inc.<br>PO Box 404665<br>Atlanta, GA 30384-4665 | Keys Federal Credit Un<br>P.o. Box 1898<br>Key West, FL 33041-1898 |
| Keys Federal Credit Union<br>c/o Randy M. Bennis<br>319 SE 14 St<br>Ft Lauderdale, FL 33316-1929 | LVNV Funding, LLC its successors and assigns<br>assignee of Synchrony Bank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LendingClub<br>71 Stevenson St Ste 300<br>San Francisco, CA 94105-2985 |

| | | |
|---|---|---|
| LendingClub<br>Attn: Bankruptcy<br>71 Stevenson St, Ste 1000<br>San Francisco, CA 94105-2967 | Mariners Hospital<br>PO Box 198116<br>Atlanta, GA 30384-8116 | Mariners Hospital<br>POB 830880<br>Miami, FL 33283-0880 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Oliphant Finacial, LLC<br>1800 Second Street, Ste 603<br>Sarasota, FL 34236-5990 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 | Santander Consumer USA<br>Po Box 961245<br>Ft Worth, TX 76161-0244 | Santander Consumer USA, Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| Speedy Cash<br>Customer Relations<br>PO Box 780408<br>Laredo, TX 78040-8000 | State Bank Of The Lake<br>440 Lake St<br>Antioch, IL 60002-1478 | Synchrony Bank/ JC Penneys<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank/BRMart<br>Attn: Bankruptcy<br>Po Box 965004<br>Orlando, FL 32896-5004 | Synchrony Bank/BRMart<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Synchrony Bank/Care Credit<br>Attn:  Bankruptcy Dept<br>Po Box 965061<br>Orlando, FL 32896-5061 | Synchrony Bank/Care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony Bank/Lowes<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Lowes<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/Sams<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Sams<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank/Walmart<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Tom Woods<br>116 Porto Salvo Drive<br>Islamorada, FL 33036-3319 |
| Transunion<br>Po Box 1000<br>Chester, PA 19016 | Wells Fargo Bank<br>Attn: Bankruptcy<br>Po Box 10438<br>Des Moines, IA 50306-0438 | (p)WELLS FARGO BANK NA<br>1 HOME CAMPUS<br>MAC X2303-01A<br>DES MOINES IA 50328-0001 |
| Wells Fargo Bank<br>Loan Service Credit Dispute<br>San Antonio, TX 78265 | Wells Fargo Bank<br>P O Box 31557<br>Billings, MT 59107-1557 | Wells Fargo Bank, N.A.<br>1000 Blue Gentian Road  N9286-01Y<br>Eagan, MN 55121-7700 |

```
(p)WELLS FARGO BANK NA                      John T Ferreri                        Nancy K. Neidich
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING 102 Nautilus DR APT 1                 www.ch13miami.com
ATTN BANKRUPTCY DEPT MAC X7801-014           Islamorada, FL 33036-4207             POB 279806
3476 STATEVIEW BLVD                                                                Miramar, FL 33027-9806
FORT MILL SC 29715-7203


Timothy S Kingcade Esq
1370 Coral Way
Miami, FL 33145-2960
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of America                              Capital One                           Department of the Treasury
Po Box 982238                                15000 Capital One Dr                  Po Box  21126
El Paso, TX 79998                            Richmond, VA 23238                    Philadelphia, PA 19114



Wells Fargo Bank                             Wells Fargo Home Mortgage
Attn: Bankruptcy Dept                        8480 Stagecoach Cir
Po Box 6429                                  Frederick, MD 21701
Greenville, SC 29606
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                                     (d)Baptist Health Medical Group       End of Label Matrix
                                             POB 835277                            Mailable recipients    93
                                             Miami, FL 33283-5277                  Bypassed recipients     2
                                                                                   Total                  95
```